IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL BURNS,

      Plaintiff,

v.

AERCO INTERNATIONAL, INC., *et al.*,

      Defendants.               Case No. 14-cv-232-DRH

## ORDER

**HERNDON, Chief Judge:**

      The undersigned judge hereby **RECUSES** himself from all further proceedings in this case. All district judges available for civil assignment in this district have recused from this case. Thus, the undersigned chief judge hereby **REASSIGNS** this case to Magistrate Judge Donald G. Wilkerson to serve as presiding judge. Therefore, all further pleadings shall contain cause number **14-cv-232-DGW-SCW**.

      Should any party to object to this assignment, they must notify the undersigned by **March 11, 2014**. The Court further informs the parties that should any party object to Magistrate Judge Wilkerson's assignment as presiding judge, an out-of-district judge shall be assigned. However, Judge Wilkerson shall preside in the interim.

      **IT IS SO ORDERED.**

      **DATED:** February 26, 2014

Digitally signed by David R. Herndon
Date: 2014.02.26 06:03:25 -06'00'

**CHIEF JUDGE
U.S. DISTRICT COURT**