IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-232-DGW-SCW |
| ) | |
| AERCO INTERNATIONAL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On June 13, 2014, a hearing was held on the pending motions in this matter and, for the reasons set forth at the hearing and below, the following is hereby **ORDERED**:

1. The Motion to Withdraw Notice of Removal filed by Pratt & Whitney Company on February 21, 2014 (Doc. 7) is **DENIED**. The Motion for Joinder in Co-Defendant's Notice of Removal filed by Boeing Company on March 5, 2014 is (Doc. 134) is **GRANTED**. The Motion to Remand filed by Plaintiff on March 19, 2014 is (Doc. 224) is **TAKEN UNDER ADVISEMENT**. Any Defendant wishing to respond to the Motion to Remand must do so by June 23, 2014. Plaintiff's reply must be no more than 5 pages and must be filed by June 27, 2014.

2. The Motion to Dismiss filed by Harco Laboratories, Incorporated on February 26, 2014 (Doc. 66) is **MOOT** in light of stipulation to dismiss (Doc. 612).[1]

3. The Motions for Institution of Denials pursuant to F.R.C.P. 5(c)(1)(B) (Docs. 107, 199, and

---

[1] As noted in the Scheduling Order, the parties have until June 23, 2014 to object to any stipulation of dismissal that has already been filed. To the extent that a party does object to a stipulation that is relevant to the motions ruled on by this Order, the Court will reconsider the rulings upon motion of a party.

453) are **TAKEN UNDER ADVISEMENT** pending review of proposed orders submitted to the Court.

4. The Motions for a More Definite Statement (Docs. 131, 138, and 468) are **MOOT** in light of Plaintiff's representation that an amended pleading will be filed.

5. The Motions to Dismiss for Lack of Jurisdiction Docs. 439 and 473) are **TAKEN UNDER ADVISEMENT**.

6. The Motion to Dismiss Counts IX and X filed by General Electric Company on June 11, 2014 (Doc. 640) is **MOOT**.  The Motion has been withdrawn.

**IT IS SO ORDERED.**

**DATED: June 20, 2014**

                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**